UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL KEIFFER                                          CIVIL ACTION

VERSUS                                                   NO. 22-863

SOUTHERN FIDELITY INSURANCE                              SECTION M (4)
COMPANY

## ORDER & REASONS

Before the Court is a motion to lift stay and remand filed by plaintiff Michael Keiffer.[1] The motion was set for submission on January 18, 2023.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance January 10, 2023. Defendant Southern Fidelity Insurance Company ("Southern Fidelity"), which is represented by counsel, did not file an opposition to the motion. Accordingly, because the motion is unopposed and appears to have merit,[3]

---

[1] R. Doc. 13. Keiffer's motion to lift stay is moot because, as stated in the Court's prior order, R. Doc. 8, the stay automatically expired on December 15, 2022.

[2] R. Doc. 14.

[3] Southern Fidelity removed this action, invoking the Court's diversity subject-matter jurisdiction pursuant to 28 U.S.C. § 1332. R. Doc. 1 at 1. A defendant may remove from state court to the proper United States district court "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). The federal district courts have original subject-matter jurisdiction based on diversity of citizenship when the cause of action is between "citizens of different States" and the amount in controversy exceeds the "sum or value of $75,000, exclusive of interest and costs." *Id.* § 1332(a)(1). Originally, there was complete diversity between the parties, as Keiffer is a citizen of Louisiana and Southern Fidelity is a citizen of Florida for diversity purposes. R. Doc. 1 at 9-10. On December 12, 2022, however, Keiffer filed his first amended and supplemental complaint, adding Louisiana Insurance Guaranty Association ("LIGA") to the action as the statutory successor-in-interest to Southern Fidelity. R. Doc. 11 at 1-2. LIGA is an unincorporated association and "has the citizenship for diversity purposes of each of its constituent member insurers." *Temple Drilling Co. v. La. Ins. Guar. Ass'n*, 946 F.2d 390, 394 (5th Cir. 1991). The parties do not dispute that LIGA has Louisiana citizenship for purposes of diversity. Accordingly, because complete diversity is lacking, remand in this instance is appropriate.

2

IT IS ORDERED that Keiffer's motion to remand is GRANTED.

IT IS FURTHER ORDERED that the above-captioned matter is remanded to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, this 11th day of January, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE